# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MIKE NEWCASTLE, | ) | 3:13-CV-0091-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 7, 2014 |
| L.C. ADAMS, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On September 7, 2014, Julie Cavanaugh-Bill entered an appearance for the plaintiff who is incarcerated at High Desert State Prison (#35).  Thereafter, on September 10, 2014, plaintiff *in pro se* filed a discovery motion requesting an immediate court-ordered M.R.I. (#36).  Pursuant to to Local Rule IA 10-6(a), "A party who has appeared by attorney cannot while so represented appear or act in the case."  Any document that is filed in this case must be filed by counsel. Therefore, the above-mentioned motion (#36) is hereby **STRICKEN**.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                            By:            /s/
                                        Deputy Clerk