# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MIKE NEWCASTLE,

    Plaintiff,

v.

L.C. ADAMS, *et al.*,

    Defendants.

CASE NO.: 3:13-CV-00091-RCJ-VPC

**ORDER**

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#55[1]) entered on June 23, 2015, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF #47). On July 10, 2015, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF #57).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#55) entered on June 23, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #47) is GRANTED. The Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 22nd day of July, 2015.

                                                                               ROBERT C. JONES

---

[1] Refers to court's docket number.