CAVANAUGH-BILL LAW OFFICES, LLC
Julie Cavanaugh-Bill
NV Bar No. 11533
401 Railroad Street, Suite 307
Elko, NV. 89801
(775)753-4357
julie@cblawoffices.org
*Attorney for Plaintiff*

FILED ✓       RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAR 2 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MIKE NEWCASTLE,

             Plaintiff,

v.

L.C. ADAMS, *et al.*,

             Defendants.

Case No. 3:13-cv-00091-RCJ-VPC

**STIPULATION AND ORDER FOR CONTINUANCE TO FILE STIPULATION OF DISMISSAL**

    Defendant James Bruffy, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, Heather B. Zana, Deputy Attorney General, and Plaintiff Mike Newcastle, by and through counsel Julie Cavanaugh-Bill, hereby stipulate and respectfully request to continue the deadline for filing the Stipulation to Dismiss per the Court's Order, (ECF No. 87). This request is made in good faith and based upon pending receipt of Plaintiff's execution of the settlement agreement. The parties request that this deadline be continued for one (1) month, moving the deadline from March 22, 2018, to April 23, 2018.

SO STIPULATED:

DATED this 22 day of March, 2018

CAVANAUGH-BILL LAW OFFICES

By: _____
JULIE CAVANAUGH-BILL
NV Bar No. 11533
Attorney for Plaintiff

DATED this __ day of March, 2018
ADAM PAUL LAXALT
Attorney General

By: _____
HEATHER B. ZANA
NV Bar No. 8734
Deputy Attorney General
Attorneys for Defendant

## ORDER

This matter comes before the Court on the parties' Stipulation for Continuance. The Court has examined the Stipulation for Continuance to File Stipulation of Dismissal, good cause having been shown,

IT IS THEREFORE ORDERED that the deadline for the parties to submit the Stipulation of Dismissal is hereby continued from March 22, 2018, to April 23, 2018.

DATED this 23rd day of March, 2018.

_____
United States Magistrate Judge