1    CAVANAUGH-BILL LAW OFFICES, LLC
      Julie Cavanaugh-Bill
2    NV Bar No. 11533
      401 Railroad Street, Suite 307
3    Elko, NV. 89801
      (775)753-4357
4    julie@cblawoffices.org
      *Attorney for Plaintiff*

5

6                **UNITED STATES DISTRICT COURT**

7                     **DISTRICT OF NEVADA**

8

9    MIKE NEWCASTLE,              Case No. 3:13-cv-00091-RCJ-VPC

10            Plaintiff,     **STIPULATION AND ORDER FOR**
                               **CONTINUANCE TO FILE STIPULATION**
11    v.                            **OF DISMISSAL**
                                 **(Second Request)**
12    L.C. ADAMS, *et al.*,

           Defendants.
13

14         Defendant James Bruffy, by and through counsel Adam Paul Laxalt, Attorney General of the State

15   of Nevada, Heather B. Zana, Deputy Attorney General, and Plaintiff Mike Newcastle, by and through

16   counsel Julie Cavanaugh-Bill, hereby stipulate and respectfully request an additional continuance of the

17   deadline for filing the Stipulation to Dismiss per the Court's Order, (ECF No. 87). The Court

18   previously extended the deadline to file the Stipulation of Dismissal to April 23, 2018. (ECF No. 90).

19   This request is made in good faith as the parties and counsel are still awaiting Plaintiff's execution of

20   the settlement agreement and finalizing its terms. The parties request that this deadline be continued for

21   an additional one (1) month, moving the deadline from April 23, 2018, to May 23, 2018.

22   **SO STIPULATED:**

23   DATED this 23rd day of April, 2018        DATED this ___ day of April, 2018
                                       ADAM PAUL LAXALT
24   CAVANAUGH-BILL LAW OFFICES      Attorney General

25   By:                       By:
26   JULIE CAVANAUGH-BILL          HEATHER B. ZANA
      NV Bar No. 11533               NV Bar No. 8734
27   Attorney for Plaintiff             Deputy Attorney General
                                       Attorneys for Defendant
28

                                 1

**ORDER**

This matter comes before the Court on the parties' Stipulation for Continuance.  The Court has examined the Stipulation for Continuance to File Stipulation of Dismissal, good cause having been shown,

IT IS THEREFORE ORDERED that the deadline for the parties to submit the Stipulation of Dismissal is hereby continued from March 22, 2018, to April 23, 2018.

DATED this 24th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE