```
1  CAVANAUGH-BILL LAW OFFICES, LLC
   Julie Cavanaugh-Bill
2  NV Bar No. 11533
   401 Railroad Street, Suite 307
3  Elko, NV. 89801
   (775)753-4357
4  julie@cblawoffices.org
   Attorney for Plaintiff
5
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIKE NEWCASTLE, | Case No. 3:13-cv-00091-RCJ-VPC |
| Plaintiff, | **NOTICE OF ERRATA: STIPULATION AND ORDER FOR CONTINUANCE TO FILE STIPULATION OF DISMISSAL** |
| v. | (Second Request) |
| L.C. ADAMS, *et al.*, | |
| Defendants. | |

Defendant James Bruffy, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, Heather B. Zana, Deputy Attorney General, and Plaintiff Mike Newcastle, by and through counsel Julie Cavanaugh-Bill, hereby notify the Court of an error in the Stipulation and Order for Continuance to File Stipulation of Dismissal, (ECF No. 91). While the parties correctly stipulated to move the deadline to file the stipulation of dismissal from April 23, 2018, to May 23, 2018, the attached proposed order (which has been signed by the Court) included incorrect dates. *See* (ECF No. 92).

The parties now again stipulate and respectfully request an additional continuance of the deadline for filing the Stipulation to Dismiss per the Court's Order, (ECF No. 87). The Court previously extended the deadline to file the Stipulation of Dismissal to April 23, 2018. (ECF No. 90). This request is made in good faith as the parties and counsel are still awaiting Plaintiff's execution of the settlement agreement and finalizing its terms. The proposed order with correct dates is attached to this filing.

///
///
///

1

The parties request that this deadline be continued for an additional one (1) month, moving the deadline from April 23, 2018, to May 23, 2018.

**SO STIPULATED:**

DATED this 24th day of April, 2018

CAVANAUGH-BILL LAW OFFICES

By: _____
JULIE CAVANAUGH-BILL
NV Bar No. 11533
Attorney for Plaintiff

DATED this 2?st day of April, 2018
ADAM PAUL LAXALT
Attorney General

By: _____
HEATHER B. ZANA
NV Bar No. 8734
Deputy Attorney General
Attorneys for Defendant

## ORDER

This matter comes before the Court on the parties' Stipulation for Continuance. The Court has examined the Stipulation for Continuance to File Stipulation of Dismissal, good cause having been shown,

IT IS THEREFORE ORDERED that the deadline for the parties to submit the Stipulation of Dismissal is hereby continued from April 23, 2018, to May 23, 2018.

DATED this 25th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE