CAVANAUGH-BILL LAW OFFICES, LLC
Julie Cavanaugh-Bill
NV Bar No. 11533
401 Railroad Street, Suite 307
Elko, NV. 89801
(775)753-4357
julie@cblawoffices.org
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIKE NEWCASTLE,<br><br>                    Plaintiff,<br><br>v.<br><br>L.C. ADAMS, *et al.*,<br><br>                    Defendants. | Case No. 3:13-cv-00091-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR CONTINUANCE TO DELAY DISMISSAL**<br>(3rd Request) |

Defendant James Bruffy, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, Heather B. Zana, Deputy Attorney General, and Plaintiff Mike Newcastle, by and through counsel Julie Cavanaugh-Bill, hereby request an extension. The parties stipulate and respectfully request an additional continuation of the deadline for filing the Stipulation to Dismiss per the Court's Order, (ECF No. 87). The court previously extended the deadline to file the Stipulation of Dismissal April 23, 2018 and then again May 23, 2018 (ECF No. 94). This request is made in good faith as the parties and counsel are waiting final execution of the settlement agreement and finalizing its terms.

The parties request that this deadline be continued for an additional one (1) month, moving the deadline from May 23, 2018 to **June 25, 2018** (June 23rd is a Saturday).

**SO STIPULATED:**

DATED this _22nd_ day of May, 2018

CAVANAUGH-BILL LAW OFFICES

By:   J. Cavanaugh-Bill
JULIE CAVANAUGH-BILL
NV Bar No. 11533
Attorney for Plaintiff

DATED this _22nd_ day of May, 2018
ADAM PAUL LAXALT
Attorney General

By: /s/ Heather B. Zana
HEATHER B. ZANA
NV Bar No. 8734
Deputy Attorney General
Attorneys for Defendant

1

## ORDER

This matter comes before the Court on the parties' Stipulation for Continuance. The Court has examined the Stipulation for Dismissal for Continuance (2nd Request), good cause having been shown,

IT IS THEREFORE ORDERED that the deadline for the parties to submit the Stipulation of Dismissal is hereby continued from May 23, 2018 to June 25, 2018.

DATED this 24 day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE