```
ADAM PAUL LAXALT
  Attorney General
HEATHER B. ZANA, Bar No. 8734
  Deputy Attorney General
JAMES N. BOLOTIN, Bar No. 13829
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1159
E-Mail: hzana@ag.nv.gov
jbolotin@ag.nv.gov
```

*Attorneys for Defendant*
*James Bruffy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIKE NEWCASTLE,<br><br>              Plaintiff,<br><br>v.<br><br>L.C. ADAMS, *et al.*,<br><br>              Defendants. | Case No. 3:13-cv-00091-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant James Bruffy, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, Heather B. Zana, and James N. Bolotin, Deputies Attorney General, and Plaintiff Mike Newcastle, by and through counsel Julie Cavanaugh-Bill, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court.

**SO STIPULATED:**

DATED this 17th day of July, 2018

CAVANAUGH – BILL LAW OFC.

By: _____
JULIE CAVANAUGH - BILL
Attorney for Plaintiff

DATED this 17 day of July, 2018
ADAM PAUL LAXALT
Attorney General

By: _____
HEATHER B. ZANA
Deputy Attorney General
Attorneys for Defendant

1

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this _14_ day of _July_, 2018.

_____
UNITED STATES DISTRICT JUDGE