1  JULIE CAVANAUGH-BILL
   Nevada Bar No. 11533
2  CAVANAUGH-BILL LAW OFFICES, LLC
   Henderson Bank Building
3  401 Railroad Street, Suite 307
   Elko, NV 89801
4  (775) 753-4357
   (775) 753-4360-Facsimile
5
   Attorney for Plaintiff
6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

                         * * *
9
   MIKE NEWCASTLE,
10                                  CASE NO . 3;13-CV-00091-RCJ-VPC
        Plaintiff,
11                                  MOTION OF WITHDRAWAL OF
   vs.                              ATTORNEY
12
   L. C. ADAMS, et al.,
13
        Defendants.
14  _____/

15     COMES NOW attorney of record, Julie Cavanaugh-Bill of CAVANAUGH-BILL LAW

16  OFFICES, LLC and hereby submits her notice of withdrawal as this case has been mutually settled.

17  A Stipulation and Order to Dismiss was filed and ordered on July 17, 2018 (doc. 98) and July 24,

    2018 (doc. 100).
18
       Mr. Newcastle's current address is Northern Nevada Correctional Center, P.O. Box 7000,
19
    Carson City, Nevada 89702.
20
       DATED this 17th day of October, 2018.
21

22  IT IS SO ORDERED

23  _____        CAVANAUGH-BILL LAW OFFICES, LLC
24  U.S. DISTRICT JUDGE                 401 Railroad Street, Suite 307
                                        Elko, NV 89801
25  DATED: October 24, 2018
                                        By:_____
26
                                        JULIE CAVANAUGH-BILL
27                                      NV Bar No: 11533

28

*(left margin, vertical)* Cavanaugh-Bill Law Offices, LLC  401 Railroad Street, Suite 307  Elko, Nevada 89801  (775) 753-4357; fax (775) 753-4360